# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY ADKINS** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 21-cv-01847 |
| | : | |
| **H&K GROUP, INC., et al.,** | : | |
| *Defendant.* | : | |

## NOTICE

**AND NOW**, this 29th day of November 2021, upon review of Plaintiff's Motion to Withdraw (ECF No. 22) Plaintiff's Motion to Compel (ECF No. 19), it is **NOTICED** that the Motion to Compel Hearing scheduled for Tuesday, November 30, 2021 at 10:30 a.m. is hereby **CANCELED**.

BY THE COURT:

/s/ *CHAD F. KENNEY*
_____
**CHAD F. KENNEY, JUDGE**

1