IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jeremy Adkins | : |
| vs. | : Civil Action No. 21-1847 |
| H&K Group, Inc.; Haines and Kibblehouse, Inc. and Reading Materials, Inc. | : JURY TRIAL DEMANDED |

## STIPULATION OF THE PARTIES TO DISMISS COUNTS I AND II OF PLAINTIFF'S COMPLAINT

Plaintiff, Jeremy Adkins ("Plaintiff"), hereby voluntarily dismisses his claims for violations of the Fair Labor Standards Act for unpaid overtime compensation ("Count I") and the Pennsylvania Minimum Wage Act ("PMWA") ("Count II") with prejudice and without costs or fees awarded to either Party.

Dated: January 20, 2022

**KARPF, KARPF & CERUTTI, P.C.**

BY: /s/ TIMOTHY S. SEILER
TIMOTHY S. SEILER
Attorney ID No. 316913
3331 Street Road, Suite 128
Bensalem, PA 19020
P: (215) 639-0801/F: (215) 639-4970
E-mail: tseiler@karpf-law.com

Attorney for Plaintiff

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY: /s/ Ronda K. O'Donnell
RONDA K. O'DONNELL
Attorney ID No. 47603
2000 Market Street, Suite 2300
Philadelphia, PA 19103
P: (215) 575-2697/F: (215) 575-0856
E-mail: rkodonnell@mdwcg.com

Attorney for Defendants

So ORDERED this 21st day of January, 2022

/s/ Chad F. Kenney
The Honorable Chad F. Kenney, U.S.D.J.