**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEREMY ADKINS,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **H&K GROUP, INC., et al.,** | : | |
| *Defendants.* | : | **NO. 21-cv-01847** |

## O R D E R

**AND NOW,** this 14th day of February 2022, it having been reported that the issues between the parties in the above action have been settled (ECF No. 27) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)